_____

No. 20-6184
_____

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
_____

**UPTON'S NATURALS CO. and THE PLANT BASED FOODS ASSOCIATION,**

**Plaintiff-Appellants**

v.

**KEVIN STITT, in his official capacity as Oklahoma Governor, and BLAYNE ARTHUR, in her official capacity as Oklahoma Commissioner of Agriculture,**

**Defendant-Appellees.**
_____

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**
The Honorable Stephen P. Friot, District Judge
District Court No. 5:20-cv-00938-F
_____

# NOTICE OF VOLUNTARY DISMISSAL
_____

Pursuant to Fed. R. App. P. 42(b), Plaintiff-Appellees Upton's Naturals Co. and the Plant Based Foods Association voluntarily dismiss their pending appeal of the district court's November 19, 2020 decision denying their motion for preliminary injunction. Under agreement of the parties, each party will bear their own costs and fees, if any were incurred on appeal.

DATED: June 3, 2021

*For Plaintiff-Appellants*

By: /s/ Milad Emam
Milad Emam
Institute for Justice
901 North Glebe Road
Suite 900
Arlington, VA 22203
Tel.: (703) 682-9320
Fax: (703) 682-9321
Email: memam@ij.org

Justin Pearson
Institute for Justice
2 South Biscayne Boulevard
Suite 3180
Miami, FL 33131
Tel.: (305) 721-1600
Fax: (305) 721-1601
Email: jpearson@ij.org

*Counsel for Plaintiff-Appellants*

*For Defendant-Appellees*

By: /s/ Andy N. Ferguson
Randall J. Yates
Andy N. Ferguson
Office of Attorney General
State of Oklahoma
313 N.E. 21st Street
Oklahoma City, OK 73105
(405) 522-4448
randall.yates@oag.ok.gov
aferguson@oag.ok.gov

*Counsel for Defendant-Appellees*

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of June, 2021, I caused the foregoing document to be filed with the Clerk of Court via the CM/ECF System, which will send notice of such filing to all registered CM/ECF users, including the following counsel of record:

    Randall J. Yates
    Mithun Mansinghani
    Andy N. Ferguson
    Office of Attorney General
    State of Oklahoma
    313 N.E. 21st Street
    Oklahoma City, OK 73105
    (405) 521-3921
    randall.yates@oag.ok.gov
    mithun.mansinghani@oag.ok.gov
    aferguson@oag.ok.gov

    *Counsel for Appellees*

    /s/ *Milad Emam*
    Milad Emam
    *Counsel for Appellants*